PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 1:15CR00065-001MCA |
| DOCKET NUMBER (Rec. Court) | 20-cr-00386-RM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ALMUNDO CRUZ SINGER | NEW MEXICO | |

| NAME OF SENTENCING JUDGE |
|---|
| M. CHRISTINA ARMIJO, SENIOR U.S. DISTRICT JUDGE |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/09/2020 | 11/08/2023 |

**OFFENSE**
18 U.S.C. Section 1112: Involuntary Manslaughter, Crime in Indian Country, in violation of 18 U.S.C. Section 1153

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ NEW MEXICO

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Colorado; Denver Division upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_12/2/20_
Date

_[signature]_
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ COLORADO; DENVER DIVISION

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/08/2020
Effective Date

_[signature]_
United States District Judge