AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 JUN -9 PM 1:55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20CR00386-1 |
| **ALMUNDO CRUZ SINGER** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALMUNDO CRUZ SINGER ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failure to Reside In/Comply With Rules of the Residential Reentry Center (RRC)

Date:   06/01/2021

*Issuing officer's signature*

City and state:   Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/01/2021, and the person was arrested on *(date)* 06/07/2021 at *(city and state)* DENVER, CO. |
| Date: 06/07/2021 |
| *Arresting officer's signature* |
| ALEXANDER MUMFORD DUSM |
| *Printed name and title* |