# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  Katrina Devine | Date:  August 17, 2021<br>Interpreter:  n/a |

**CASE NO.   20-cr-00386-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>1.   ALMUNDO CRUZ SINGER,<br><br>        Defendant. | Andrea Surratt<br><br><br><br><br><br>Matthew Belcher |

## COURTROOM MINUTES

**HEARING ON REVOCATION OF SUPERVISED RELEASE**
**COURT IN SESSION:       1:29 p.m.**

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks made by the Court.

Notice (Doc. 21) was filed by Mr. Belcher, indicating that the defendant will admit to all alleged violations in the Superseding Petition (Doc. 19) except for allegation number 9.

Defendant sworn and questioned by the Court.   Defendant is 34 years old.

Defendant admits to alleged violations 1 through 8 and 10 contained in the Superseding Petition (Doc. 19).

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

The Court accepts the defendant's admissions.

Argument given on sentencing.

The defendant addresses the Court.

The Court states findings.

**ORDERED:**  The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **nine (9) months.**

The Court recommends to the Bureau of Prisons that the defendant receive credit for time served in official detention prior to sentencing.

**ORDERED:**  Following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **24 months.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant pay the balance of **restitution** previously imposed in the amount of **$5,520.74 as stated on the record; interest is waived.**

The defendant is advised of the right to appeal the sentence imposed by the Court.

**ORDERED:**  The defendant is remanded to the custody of the U.S. Marshals Service.

**ORDERED:**  Alleged violation number 9 is dismissed.

**COURT IN RECESS:**     2:21 p.m.
**Total in court time:**     00:52
**Hearing concluded**