CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. Almundo Cruz Singer                                    DKT. NO. 1:20CR00386-1

### PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Tina Parde, Senior United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Almundo Cruz Singer, who was placed on supervision by the Honorable M. Christina Armijo, sitting in the United States District Court in Santa Fe, New Mexico, on September 16, 2015.  The defendant was sentenced to 75 months' imprisonment and 3 years' supervised release for an offense of Involuntary Manslaughter, Crime in Indian Country, in violation of 18 U.S.C. §§ 1112(a) and (b), and 1153(a).  Jurisdiction of the case was transferred from the District of New Mexico to the District of Colorado on December 8, 2020.  This is the defendant's second term of supervised release as there has been one prior revocation (See Documents 1 and 23, Judgment in a Criminal Case and Judgment for Revocation of Supervised Release). The defendant was sentenced by the Honorable Raymond P. Moore to 9 months' imprisonment followed by 24 months of supervised release.  Supervision commenced on December 2, 2022, and is set to expire on December 1, 2024.  As noted in the judgment [Document 23], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

Since the commencement of the defendant's second term of supervised release on December 2, 2022, the defendant has struggled to maintain stability in housing, employment, and sobriety.

The defendant initially resided with a prior employer, who was previously on federal supervised release.  However, that housing option lasted less than one month.  Due to personal conflicts over employment, the defendant decided to move out.  The defendant was then homeless until mid-February 2023 when he moved into Ananeo Sober Living. The defendant lived there for just over a month, before he was kicked out for relapsing (methamphetamine, marijuana, alcohol).  The defendant then returned to living on the streets and in and out of shelters.  On April 20, 2023, the defendant was found on the streets in Denver, Colorado unresponsive and required Narcan to revive him.  In May 2023 Ananeo Sober Living gave the defendant a second chance in their program. Unfortunately, the defendant's placement only lasted two months, before he was rejected a second time for relapsing (alcohol).  Since his dismissal from Ananeo Sober Living on May 7, 2023, the defendant has returned to living on the streets and in shelters.

At the commencement of supervised release, the defendant worked for At Your Service Moving; however, he was employed there less than one month.  The defendant then

struggled to find employment, despite his efforts at applying and interviewing at multiple businesses. The defendant then enrolled in the Center for Employment Opportunities (CEO) and worked through CEO with the Department of Transportation until their employment assistance ended. On June 5, 2023, the defendant began working at SpeeDee Oil Change & Auto Service in Denver. The defendant remains employed here to date.

The defendant has struggled to participate in random drug testing and treatment as directed throughout his term of supervised release. This may be in part due to his homeless status, not having a phone and/or transportation at times. However, the defendant has also been provided with bus passes through Second Chance funding when needed/requested. Since the commencement of supervised release the defendant has missed 17 random drug tests. He has tested positive for controlled substances on the following dates: March 30, 2023 (cannabinoids); April 28, 2023 (methamphetamines, cannabinoids, fentanyl, and alcohol); May 3, 2023 (methamphetamines, cannabinoids, and alcohol); May 18, 20, and June 21, 2023 (cannabinoids).

On January 24, 2023, the defendant completed a dual diagnosis assessment, which recommended the defendant participate in Trauma, Addiction and Recovery Group and weekly Individual Dual Diagnosis Counseling. The defendant commenced weekly individual counseling in February 2023. Since that time the defendant has missed five counseling sessions. The defendant has reported that alcohol consumption is his biggest problem and if he is not drinking, he has no desire to use controlled substances. The defendant also tends to become violent and wants to start fights when under the influence of alcohol. As a result, Sr. USPO Parde has discussed with the defendant the options of substance abuse prevention medications to help curb his urge to drink. The defendant is open to discussing his options for this type of medication with a medical provider and if deemed appropriate for the medication, is willing to take the prescribed medication. The defendant is currently scheduled for a medication assessment at Independence House on August 1, 2023, should the Court be inclined to order it.

On July 11, 2023, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision. Assistant U.S. Attorney Andrea Surratt was contacted and has no objection to the proposed modification.

| | | |
|---|---|---|
| Almundo Cruz Singer<br>1:20CR00386-1 | Petition to Modify Conditions of Supervised Release<br>Page 3 | July 19, 2023 |

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special conditions:

1. Unless medically contraindicated, the defendant shall ingest a monitored substance abuse prevention medication, as prescribed by the treatment provider. The defendant may be required to pay the cost of medication as directed by the probation officer.

I DECLARE under penalty of perjury that the foregoing is true and correct.

***s/Tina Parde***
  Tina Parde
  Senior United States Probation Officer
  Place:   Denver
  Date:    July 19, 2023

***s/Shelley Seacotte***
  Shelley Seacotte
  Supervisory United States Probation Officer
  Place:   Denver
  Date:    July 19, 2023