AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By USMS D/CO at 11:01 am, Oct 05, 2023

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 OCT 10  AM 10: 59

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-cr-00386-RM |
| ALMUNDO CRUZ SINGER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALMUNDO CRUZ SINGER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1) Failure to Follow Instructions of the Probation Officer
2-4) Failure to Notify Probation officer of Change in Residence
5) Failure to Notify Probation Officer of Change in Employment
6-10) Possession and Use of a Controlled Substance
11) Failure to Pay Restitution as Directed
12) Failure to Participate in Substance Abuse or Mental Health Treatment as Directed by the PO
13) Failure to Participate in Substance Abuse Testing as Directed by the PO
14) Failure to Take Substance Abuse Prevention Medication as Directed

Date:   10/5/2023                              s/C. Pearson, Deputy Clerk
                                                *Issuing officer's signature*

City and state:   Denver, Colorado            Jeffrey Colwell, Clerk of Court
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 10/5/2023, and the person was arrested on *(date)* 10/5/2023
at *(city and state)* Denver, CO

Date:  10/5/2023
                                                *Arresting officer's signature*

                                                Serena Martinez DUSM
                                                *Printed name and title*