*United States v. Singer*

United States District Court
District of Colorado

Case No. 20-cr-00386-RM

## Attachment A

The Salvation Army Harbor Light
Acceptance Letter



William Booth, *Founder*
Brian Peddle, *General*
Commissioner Kenneth G. Hodder, *Territorial Commander*
Commissioner Jolene K. Hodder, *Territorial President of Women's Ministries*
Major Mike Dickinson, *Divisional Commander*

October 18th[th], 2023

To whom it may concern,

Mr. **Almundo Singer** has applied for and been accepted into The Salvation Army Harbor Light six-month in-patient relapse prevention program. *Mr.* **Singer** *was* accepted on the date of **October 18th, 2023.** We currently have availability for him to come into our facility. He has a guaranteed spot in our program, and we currently have a bed available for him.

While at the Harbor Light Center, **Mr. Singer** will meet with his primary counselor weekly for therapeutic wellness, planning and holistic goal projections for long term goals and relapse prevention strategies. He will be required to perform random UA's and breathalyzer tests throughout his stay here at Harbor Light. **Mr. Singer** will be required to attend various classes such as spiritual awareness, process group, life skills, anger management, relapse prevention, and more. **Mr. Singer** is also required to attend AA/NA meetings weekly and meetings with a sponsor, to support his recovery. Our program is six months in duration. After the six-month program, he will have the opportunity to reside here for an additional 18 more months in our transitional housing program. This would be to work on his finances, housing goals and sobriety. While doing so, he would be beginning employment, and still required to I'm good with him coming in. and breathalyzer test when they enter our facility.

Sincerely,
Eric Hewitt
Intake Coordinator
The Salvation Army
Harbor Light Center
2136 Champa Street
720.305.5670
eric.hewitt@usw.salvationarmy.org